[No. 34594-0-I. Division One. July 31, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. D'ANDRE ANTHONY TOLBERT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-8-06595-9, James D. McCutcheon, Jr., J., entered April 18, 1994. *Affirmed* by unpublished opinion per Scholfield, J. Pro Tem., concurred in by Kennedy, A.C.J., and Grosse, J.

[No. 34698-9-I. Division One. July 31, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTINA M. PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-8-00246-5, Joseph A. Thibodeau, J., entered May 4, 1994. *Reversed* by unpublished opinion per Coleman, J., concurred in by Grosse and Webster, JJ.